NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3172

LINDA J. SANCHEZ-LOPEZ

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in NY3330080318-I-1.

ON MOTION

## O R D E R

The Office of Personnel Management (OPM) moves without opposition to reform the official caption to designate the Merit Systems Protection Board as respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. In this case, the Board dismissed the appeal for lack of jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

(1)     The motion is granted. The revised official caption is reflected above.

(2)     If she has not already filed her brief, Sanchez-Lopez's informal brief (form enclosed) is due within 21 days of the date of filing of this order.

FOR THE COURT

JUN 12 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Linda J. Sanchez-Lopez (informal brief form enclosed)
       Devin A. Wolak, Esq.
       Stephanie Conley, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 12 2009

JAN HORBALY
CLERK

2009-3172                    2